UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
SARA DAOUD,

Plaintiff,

JUDGMENT

v.

26-cv-02061-PKC

Secretary of the Department of Homeland Security MARKWAYNE MULLIN; and Director of U.S. Citizenship and Immigration Services JOSEPH B. EDLOW,

Defendants.
-------------------------------------------------------X

An Order of the Honorable Pamela K. Chen, United States District Judge, having been filed on September 25, 2026, remanding Plaintiff's Complaint and all claims therein to United States Citizenship and Immigration Services (USCIS) pursuant to 8 U.S.C. § 1447(b), without costs, expenses, or attorneys' fees to any party; it is

ORDERED and ADJUDGED that Plaintiff's Complaint and all claims therein are hereby remanded to United States Citizenship and Immigration Services (USCIS) pursuant to 8 U.S.C. § 1447(b), without costs, expenses, or attorneys' fees to any party; this remand is without prejudice to Plaintiff's right to reinstate this action if USCIS does not render a decision on Plaintiff's application for naturalization (Form N-400) within forty-five (45) days of this Order; and Plaintiff is granted leave to reopen this case and file an amended complaint within ninety (90) days, but no earlier than forty-five (45) days, should Defendants fail to adjudicate her application.

Dated: Brooklyn, New York
September 28, 2026

Brenna B. Mahoney
Clerk of Court

By: *<u>/s/Jalitza Poveda</u>*
Deputy Clerk